THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM HOWELL, Appellant, v. DANIEL J. MCMANN, as Warden of Clinton Prison, Respondent.—REYNOLDS, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.

FRANK SPADARO, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 38247.) — *Per Curiam.*

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum *Per Curiam.*